UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY NGUYEN,

                        Plaintiff,

            -against-

CITI BANK.,

                        Defendant.

26 CIVIL 002459 (LTS)

## **CIVIL JUDGMENT**

For the reasons stated in the May 18, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:    May 18, 2026
          New York, New York

                                /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                          Chief United States District Judge